UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVE CLEMENS,

Plaintiff,

v.

HENLEY,

Defendant.

Case No. 3:26-cv-00151-ART-CSD

ORDER

On March 3, 2026, pro se plaintiff Dave Clemens, an inmate in the custody of the Nevada Department of Corrections, initiated this case with a motion for a temporary restraining order or preliminary injunction. (ECF No. 1-1). Plaintiff subsequently filed an application to proceed *in forma pauperis* (ECF No. 3). However, Plaintiff has not filed complaint.

## I.    DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

This case cannot proceed unless Plaintiff files a complaint that complies with the Federal Rules of Civil Procedure and Nevada Local Rules. The Court will give Plaintiff until **April 13, 2026**, to file a complaint.

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until April 13, 2026**, to submit a complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

The Clerk of the Court is directed to send Plaintiff Dave Clemens the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: March 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE